IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAMES SHATTUCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:19-cv-00428-JMS-MJD |
| VIGO COUNTY SHERIFF, et al., | ) ) ) |
| Defendants. | ) |

> Dismissal with prejudice acknowledged [97]. JMS, DJ 9/21/21 Distribution via ECF.

## STIPULATION OF DISMISSAL

**COME NOW** all parties, by their respective counsel, and pursuant to Federal Rule 41(a)(1)(A)(ii) hereby stipulate to the dismissal of this cause, with prejudice and with each party to bear its own costs and attorneys' fees except as otherwise agreed.

**WHEREFORE,** the parties stipulate to the dismissal of this cause, with prejudice and with each party to bear its own costs and attorneys' fees except as otherwise agreed, and request all other proper relief.

*For the plaintiff:*

/s/ Gavin M. Rose
Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202

*For the DCS Defendants:*

/s/ Gustavo Jimenez (with permission)
Gustavo Jimenez
Office of the Indiana Attorney General
IGCS – Fifth Floor
302 W. Washington St.
Indianapolis, IN 46204

*For the Vigo County Defendants:*

/s/ David P. Friedrich (with permission)
David P. Friedrich
Wilkinson, Goeller, Modesitt, Wilkinson
    & Drummy, LLP
333 Ohio Street
Terre Haute, IN 47807

1